UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV01-4453-JSL                    Date: May 31, 2001

Title      U.S.A.   -v- David Kulik

===============================================================

PRESENT:

THE HONORABLE J. SPENCER LETTS

Nancy J. Webb                                    Not Present
Courtroom Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                      Not Present


PROCEEDINGS:  ORDER:
              (In Chambers)

The Court has received Petitioner's Motion for Return of Seized Property filed May 17, 2001.
The Court sets the matter for hearing on June 25, 2001 at 1:00 P.M. and directs the government to file any opposition or response by June 11, 2001. Any reply from petitioner shall be filed by 18, 2001.

MINUTES                              Initials of Deputy Clerk
CIVIL - GEN

ENTERED ON ICMS
MAY 31 2001