UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KULIK, | CV 01-4453 JSL |
| Plaintiff, | ORDER DENYING MOTION FOR RETURN OF SEIZED PROPERTY |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The motion for return of seized property of plaintiff, DAVID KULIK, was decided without hearing on June 20, 2001.

The court has reviewed the papers filed in connection with this matter and is fully apprised of the relevant facts and law. Finding no reason to doubt the declaration of John Zaginailoff filed by defendant,

IT IS HEREBY ORDERED that plaintiff DAVID KULIK's motion for return of seized property be DENIED. The court expects the DEA to return plaintiff's address book as specified in defendant's brief.

IT IS SO ORDERED.

DATED: 6/22/01

J. Spencer Letts
United States District Judge